# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
ISABEL L VELAZQUEZ 0/B/O AMV,

                          Plaintiff,                    20 **CIVIL** 5511 (PED)

                -v-                             **JUDGMENT**

ANDREW SAUL, Commissioner of Social Security,

                      Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 30, 2021, that the final decision of the Commissioner be reversed and the above-captioned action be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. §405(g). The parties also consent to the entry of a judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**Dated:** New York, New York
           June 30, 2021

                                                          **RUBY J. KRAJICK**

                                                          _____
                                                            **Clerk of Court**
                                         **BY:**
                                                               **Deputy Clerk**